PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

| | | | |
|---|---|---|---|
| Defendant: | Joseph Schlinger | Docket No.: | 0868 1:22CR00190 |
| To Appear On: | 11/03/2023 | For: | ☒ Plea   ☐ Trial   ☐ Sentencing |

Before Judge: Daniel M. Traynor

| | | | |
|---|---|---|---|
| Initial Appearance Date: | 10/31/2022 | Release Date: | 11/01/2022 |

Magistrate Judge: Clare R. Hochhalter

Conditions of Release:

- ☒ Pretrial Supervision
- ☐ Seek/Maintain Employment
- ☒ Submit to Counseling as Deemed Appropriate by Pretrial Services
- ☐ Drug/Alcohol Monitoring
- ☐ Third Party Custody to:
- ☒ Travel Restrictions: Bismarck/Mandan
- ☒ No Contact With: Victims, Minors
- ☒ Other: Weapons Restrictions, Search/Seizure, Possess No Pornographic Material, Computer/Internet restrictions
- ☐ Surrender Passport
- ☐ Do Not Obtain Passport
- ☐ Refrain from Excessive Use of Alcohol or Any Controlled Substance without a Prescription
- ☒ Location Monitoring

Defendant Has Met Conditions of Release:   ☒ Yes   ☐ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
The defendant has been in full compliance of his pretrial supervision. He is currently residing at his home in Mandan, North Dakota with his parents. He is seeking counseling at Missouri River Health with Dr. Johnson. There have been no concerns noted.

Recommendations:
Respectfully, the defendant is viewed as a suitable candidate for continued release with pretrial supervision pending sentencing.

| | |
|---|---|
| 10/31/2023 | Stephanie N. Cherney |
| Date | U.S. Pretrial Services Officer |